# Third District Court of Appeal

## State of Florida

Opinion filed April 9, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-0477
Lower Tribunal No. 20-16259-CA-01

_____

**Lazara Gonzalez,**
Appellant,

vs.

**Florida Peninsula Insurance Company,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Charles Kenneth Johnson, Judge.

Moises | Gross PLLC and Stuart B. Yanofsky, for appellant.

Colodny Fass and Carolyn Gilbert Epstein (Sunrise), for appellee.

Before EMAS, FERNANDEZ and MILLER, JJ.

PER CURIAM.

Affirmed. <u>Applegate v. Barnett Bank of Tallahassee</u>, 377 So. 2d 1150, 1152 (Fla. 1979) ("Without a record of the trial proceedings, the appellate court can not [sic] properly resolve the underlying factual issues so as to conclude that the trial court's judgment is not supported by the evidence[.] . . . The trial court should have been affirmed because the record brought forward by the appellant is inadequate to demonstrate reversible error."); <u>Castro v. Citizens Prop. Ins. Corp.</u>, 365 So. 3d 1203, 1206-07 (Fla. 3d DCA 2023) ("Whether notice was provided in a prompt manner is ordinarily a question for the factfinder, but 'if the undisputed evidence will not support a finding that the insured gave notice to the insurer as soon as practicable, then a finding that notice was timely given is unsupportable.'" (internal citations omitted)); <u>Hope v. Citizens Prop. Ins. Corp.</u>, 114 So. 3d 457, 460 (Fla. 3d DCA 2013) ("[The] evidence, however, is merely conclusory and fails to rebut the presumption of prejudice to [the insurer] where the passage of time has rendered [the insurer] unable to determine exactly what current damage is directly attributable to [the hurricane], and thus a covered loss.").